UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22767-CIV-SEITZ/SIMONTON

MALIBU MEDIA, LLC,

    Plaintiff,

v.

MARK FITZPATRICK,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S AGREED MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT

THIS MATTER came before the Court upon Defendant's Agreed Motion to Extend Time to Respond to the Amended Complaint. [DE 8]. Upon review, it is

ORDERED THAT

Defendant's Agreed Motion to Extend Time to Respond to the Amended Complaint [DE 8] is GRANTED. Defendant shall respond to the Complaint no later than **October 22, 2012.**

DONE and ORDERED in Miami, Florida, this 28th day of September, 2012.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Honorable Andrea M. Simonton
       All counsel of record