Case 1:12-cv-22767-PAS   Document 29-1   Entered on FLSD Docket 08/08/2013   Page 1 of 6

Deposition of Lauren Austin                                                           Malibu Media, LLC vs. Mark Fitzpatrick

```
 1                UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                      MIAMI DIVISION

 3
                     CASE NO. 1:12-CV-22767
 4

 5   MALIBU MEDIA, LLC,

 6            Plaintiff,

 7   -vs-

 8   MARK FITZPATRICK,

 9            Defendant.

10   _____

11                       DEPOSITION OF

12                       LAUREN AUSTIN

13

14              Tuesday, April 30, 2013
                11:03 a.m. - 2:49 p.m.
15

16                  25 SE 2nd Avenue
                       Suite 1020
17                Miami, Florida 33131

18

19   Reported By:

20   Sharon Ambersley, Certified Court Reporter
     Notary Public, State of Florida
21   Network Reporting Corporation
     Phone:  888.358.8188
22           305.358.8188

23                        - - -

24

25
```

# EXHIBIT A

```
 1          MR. LIPSCOMB:  You answer the question.  Did
 2     anybody other than me tell you they were an expert?
 3          THE WITNESS:  No.
 4  BY MR. LALCHANDANI:
 5     Q    No.  Okay.  Let's go back to the amended
 6  complaint real quick.  Again, to get back into the
 7  subject, who is Mark Fitzpatrick?
 8     A    The defendant.
 9     Q    The defendant.  And why has he been named in
10  this amended complaint?
11     A    Because we have proof that he infringed on our
12  copyright.
13     Q    What proof do you have?
14     A    Well, we traced the communication to his IP
15  address.  Hotwire, his ISP provider identified him as
16  the owner of that IP address.  His computer was password
17  protected.  I believe he admitted to being the only
18  person present during the relative period of time.
19     Q    When did he admit that?
20     A    I believe in his deposition.
21     Q    So you reviewed his deposition transcript?
22     A    No.
23     Q    So then how do you know he admitted that?
24          MR. LIPSCOMB:  Objection.  Calls for her
25     disclosing attorney-client communications.
```

```
 1            MR. LIPSCOMB:  Objection.  Calls for
 2       speculation.  You can answer if you know the
 3       answer.
 4            THE WITNESS:  The question again?
 5  BY MR. LALCHANDANI:
 6       Q    You told me that multiple people may be able
 7  to access the same IP address and that IPP Limited has
 8  never been in Mr. Fitzpatrick's home.  So I'm just
 9  imagining a scenario where ten people are accessing the
10  IP address in Mr. Fitzpatrick's home and because IPP
11  Limited has never been in there, they would never know
12  that; is that correct?
13            MR. LIPSCOMB:  Objection because just it's
14       outside the scope, but if you can answer.
15            THE WITNESS:  I don't know.
16  BY MR. LALCHANDANI:
17       Q    You don't know.  Okay.  Now we talked earlier
18  that you have a wireless access at your home and if
19  three people came over and you gave them the password,
20  they could access your wireless?
21       A    With permission.
22       Q    Now assuming that it's the same IP address
23  because the IP address is attached to the router, we
24  wouldn't know who downloaded anything, right?
25            MR. LIPSCOMB:  Objection.  It's outside the
```

Case 1:12-cv-22767-PAS Document 29-1 Entered on FLSD Docket 08/08/2013 Page 4 of 6

Deposition of Lauren Austin                                    Malibu Media, LLC vs. Mark Fitzpatrick

```
 1      A     The packet of information was traced back to
 2   Mark Fitzpatrick's IP address.
 3      Q     Okay.  Now is there -- do you know if IPP can
 4   tell if Mark Fitzpatrick is the one that used his
 5   wireless or if somebody else did?
 6      A     I do not know.
 7      Q     You don't know.  Because that's the end,
 8   right?  We've asked you to be knowledgeable about how
 9   Malibu Media located Mark Fitzpatrick.  So what I'm
10   asking you is are you sure that due to this process,
11   which you did a great job at describing, can identify
12   Mark Fitzpatrick or did it locate his IP address?
13            MR. LIPSCOMB:  Objection.  It's compound and
14       it's been asked and answered.
15   BY MR. LALCHANDANI:
16      Q     You can go ahead and answer.
17      A     Both.
18      Q     Both.  So you can say with absolute assurance
19   that it was Mark Fitzpatrick that downloaded the Malibu
20   Media material?
21            MR. LIPSCOMB:  Objection.  It's outside the
22       scope, but answer if you can.
23            THE WITNESS:  Yes.
24   BY MR. LALCHANDANI:
25      Q     Absolute assurance?
```

1    A    We believe so.

2    Q    Who believes so?

3    A    I believe so.

4    Q    You believe so.  This is a question identified
5  in the notice.  So it is Malibu Media's opinion that
6  with absolute certainty they can identify Mark
7  Fitzpatrick as the infringer?

8         MR. LIPSCOMB:  Objection to the
9    characterization that this is within one of the
10   topics of testimony because it is clearly not.  But
11   if you can answer, go ahead, but it is clearly not
12   one of these 13 categories.

13        MR. LALCHANDANI:  It is absolutely.  The means
14   by which she discovered that the subject works of
15   this lawsuit were being distributed online as
16   alleged in the complaint, including any role that
17   your agents had initially participated in, such as
18   distribution as alleged in the complaint and as
19   stated that Mark Fitzpatrick downloaded it.

20  BY MR. LALCHANDANI:

21   Q    So I'm asking you now, you have said that by
22  topic 11, the means by which you have identified Mark
23  Fitzpatrick, my question is simple.  Malibu Media is
24  absolutely certain that Mark Fitzpatrick downloaded this
25  particular work through the means by which you

```
 1   discussed?
 2       A    Yes.
 3       Q    Please tell me why you are absolutely certain?
 4       A    Because the IPP Tracker software is
 5   forensically sound.
 6       Q    It's forensically sound.  And --
 7       A    It's --
 8       Q    Please.  I'm sorry.  In Malibu Media's
 9   opinion, what makes it forensically sound?
10            MR. LIPSCOMB:  Objection.  It's outside the
11       scope, but you can answer.
12            THE WITNESS:  An IP address is unique and this
13       IP address is Mark Fitzpatrick's.
14   BY MR. LALCHANDANI:
15       Q    So it's your testimony that only one
16   individual can have an IP address?  Excuse me.  Strike
17   that.  It's your testimony that an IP address can only
18   be linked to one person?
19       A    Yes.
20       Q    What do you base that on?
21       A    My own personal experience online.
22       Q    Tell me about your experience online.  If I
23   represented to you that an IP address is assigned to a
24   router, that little device that you have in your house
25   that allows you to have wireless access and that is who
```