UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MALIBU MEDIA, LLC

                                                     Case No. 1:12-CV-22767

       Plaintiff,
v.

MARK FITZPATRICK,

       Defendants.
_____/

**STIPULATED MOTION TO SEAL DOCUMENTS**

       Defendant, by and through undersigned counsel, files this Stipulated Motion To Seal Documents pursuant to a Protective Order.  See D.E. 21.  As such, the Defendant moves to seal ¶13 of D.E. 27-1 and all of D.E. 27-9.  Defendant respectfully requests that the Court direct the Clerk of Courts to seal these documents.  Plaintiff does not object to the requested relief.

                                                     Respectfully Submitted:

                                                     By:   /s/ Kubs Lalchandani
                                                          LALCHANDANI SIMON PL
                                                          Kubs Lalchandani
                                                          Florida Bar No.: 63966
                                                          Daniel Simon
                                                          Florida Bar No.: 0016244
                                                         *Attorneys for Defendant*
                                                          25 SE 2nd Avenue, Suite 1020
                                                         Miami, Florida 33132
                                                         Tel:   (305) 999-5291
                                                         Fax:   (305) 671-9282

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served via CM/ECF electronic service, on this 26th day of August, 2013, on all counsel or parties of record on the service list.

Respectfully submitted,

/s/ Kubs Lalchandani
Kubs Lalchandani
(Florida Bar No.: 63966)
Daniel J. Simon
(Florida Bar No.: 16244)
LALCHANDANI SIMON PL
25 SE 2nd Ave, Suite 1020
Miami, FL  33131
Telephone: (305) 999-5291
Facsimile:   (305) 671-9282

*Attorney for Defendant Mark Fitzpatrick*