UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MALIBU MEDIA, LLC

                Case No. 1:12-CV-22767

  Plaintiff,
v.

MARK FITZPATRICK,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL BY ALL PARTIES**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their undersigned counsel, all parties in the above-captioned matter hereby stipulate that all claims filed in this action are hereby dismissed with prejudice and this action is hereby terminated. Each party shall be responsible for bearing its own costs and fees. The parties agree that all pending motions, including the Sanctions Motion referred to Magistrate Judge Simonton [DE 39], be denied as moot. The parties request that the Court retain jurisdiction to enforce the terms of the settlement.

Respectfully submitted,

/s/ Kubs Lalchandani
Kubs Lalchandani
(Florida Bar No.: 63966)
Daniel J. Simon
(Florida Bar No.: 16244)
LALCHANDANI SIMON PL
25 SE 2nd Ave, Suite 1020
Miami, FL 33131
Telephone: (305) 999-5291
Facsimile: (305) 671-9282
*Attorneys for Defendant Mark Fitzpatrick*

/s/ M. Keith Lipscomb
M. Keith Lipscomb
Florida Bar No. 429554
klipscomb@lebfirm.com
LIPSCOMB ESEINBERG & BAKER, PL
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorney for Plaintiff Malibu Media*